Form: Dismiss TRAP 42.1(a)(1)













COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS





BEKINS VAN LINES, INC.,


 Appellant,


v.


RICH MORRIS AND MACHELLE
MORRIS,


 Appellees.
§



§


§


§


§

No. 08-02-00409-CV


Appeal from the


109th Judicial District Court


of Andrews County, Texas


(TC# 15,966-A)



M E M O R A N D U M O P I N I O N



 Pending before the Court is the agreed motion to dismiss this appeal pursuant to Tex.
R. App. P. 42.1(a)(1), which states:

 (a) The appellate court may dispose of an appeal as follows:

 

 (1) in accordance with an agreement signed by all parties or their
attorneys and filed with the clerk; 

. . .





 The parties have complied with the requirements of Rule 42.1(a)(1). The Court has
considered this cause on the Appellant/Appellee's motion and concludes the motion should
be granted and the appeal should be dismissed. We therefore dismiss the appeal.

February 6, 2003


 _____________________________________

 RICHARD BARAJAS, Chief Justice



Before Panel No. 4

Barajas, C.J., Larsen, and McClure, JJ.